COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE EDUARDO NICHOLAS GOMEZ, | § | No. 08-14-00246-CR |
|  | § | ORIGINAL PROCEEDING ON |
| RELATOR. | § | PETITION FOR WRIT OF |
|  | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Texas Department of Criminal Justice and the Texas Board of Pardons and Parole, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 3RD DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J. (Not Participating)